**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1884

SCOTT ROSS TAYLOR,

Plaintiff - Appellant,

versus

WAL-MART STORES, INCORPORATED AND DIVISIONS
AND SUBSIDIARIES,

Defendant - Appellee,

versus

JOHN PAUL REASON, Officer and Board of
Director Wal-Mart Stores; H. LEE SCOTT,
President and CEO Wal-Mart Stores; G. DAVID
PASSMORE, Facilities Maintenance Director
Reality Department; OTHER DEFENDANTS YET
UNNAMED AT THE COMPANY,

Defendants.

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News. Walter D. Kelley, Jr.,
District Judge. (CA-03-86)

Submitted: December 15, 2005          Decided: December 20, 2005

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Scott Ross Taylor, Appellant Pro Se.  Constantinos George Panagopoulos, BALLARD, SPAHR, ANDREWS & INGERSOLL, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Scott Ross Taylor appeals the district court's order granting summary judgment in favor of Wal-Mart Stores, Inc., in his civil action challenging his termination from employment and raising several related claims. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Taylor v. Wal-Mart Stores, Inc.</u>, No. CA-03-86 (E.D. Va. July 13, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>